IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| ESTHER MOTHERSHEAD, et al., | : | |
|---|---|---|
| Plaintiffs, | : | |
| vs. | : | CA 10-0038-KD-C |
| BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY, | : | **CONSOLIDATED FOR PRETRIAL PURPOSES WITH** |
| Defendant. | : | |

| STEPHANIE R. LINDSEY, | : | |
|---|---|---|
| Plaintiff, | : | |
| vs. | : | CA 10-0285-KD-C |
| BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY, | : | |
| Defendant. | : | |

## ORDER

Before the Court are the (identical) Joint ADR Statements (CA 10-38-KD-C, Doc. 33; CA 10-285, Doc. 31), filed by the parties in the above-captioned actions on September 13, 2011, pursuant to this Court's September 7, 2011 Order. After a review of these assessments of the applicability of ADR procedures, it is decided not to require mediation or a settlement conference at the present time.

Because the parties have indicated that, once the Court rules on the pending motions for summary judgment, "ADR procedures may help in resolving any remaining

claims," they are **ORDERED** to file supplemental assessments **no later than seven (7) days after** the Court issues any order(s) regarding summary judgment.

**DONE** this the 16th day of September, 2011.

s/WILLIAM E. CASSADY  
**UNITED STATES MAGISTRATE JUDGE**