IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ESTHER MOTHERSHEAD, DOROTHY PERKINS, and NASHASTA POLLARD, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 10-0038-KD-C |
| BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY, ALABAMA, | ) ) ) | |
| Defendant. | ) | |
| STEPHANIE R. LINDSEY, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 10-0285-KD-C |
| BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY, ALABAMA, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered this date granting the motion for summary judgment filed by defendant Board of School Commissioners of Mobile County, Alabama, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the claims of plaintiffs Esther Mothershead, Dorothy Perkins, Nashasta Pollard and Stephanie Lindsey brought pursuant to the Equal Pay Act, 29 U.S.C. § 206(d)(1), against the defendant are **DISMISSED with prejudice.**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, judgment is hereby entered in favor of defendant Board of School Commissioners of Mobile County, Alabama.

**DONE** and **ORDERED** this the 26th day of **October, 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**